INTERBOROUGH RAPID TRANSIT COMPANY, Respondent, *v.* THE CITY OF NEW YORK, Appellant.

(Argued June 12, 1933; decided July 11, 1933.)

*Arthur J. W. Hilly, Corporation Counsel (J. Joseph Lilly, Vine H. Smith* and *Samuel A. Bloom* of counsel), for appellant.

*B. H. Ames* and *James L. Quackenbush* for respondent.

no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN and CROUCH, JJ.  Not sitting: HUBBS, J.